UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-05811-CBM-BFM | Date | November 20, 2025 |
|---|---|---|---|

| Title | *Alexander McNeil v. Sequium Asset Solutions, LLC et al* |
|---|---|

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   **IN CHAMBERS- ORDER RE: ORDER TO SHOW CAUSE**

The matter before the Court is Plaintiff's Request to Proceed in Forma Pauperis. (Dkt. No. 2 (the "Request").)

Plaintiff filed this action on June 13, 2025 against Sequium Asset Solutions, LLC et al. (Dkt. No. 1.) On the same date, Plaintiff filed the Request. (Dkt. No. 2.) On July 21, 2025, the Court issued an Order postponing a ruling on Plaintiff's Request for 30 days and ordered that Plaintiff file an amended complaint with additional information. (Dkt. No. 7.)   As of the date of this Order, Plaintiff has not filed any additional information or amended complaint.

Accordingly, Plaintiff is hereby ordered to show cause as to why the case should not be dismissed with prejudice for want of prosecution **no later than December 22, 2025**. Failure to respond shall result in a dismissal of the action with prejudice.

**IT IS SO ORDERED.**