UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES - GENERAL

| Case No. | CV 25-05811-CBM-BFM | Date | January 28, 2025 |
|---|---|---|---|

| Title | *Alexander McNeil v. Sequium Asset Solutions, LLC et al* |
|---|---|

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. Vallery | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**    IN CHAMBERS  -   ORDER AND NOTICE TO PARTIES

On November 20, 2025, the Court ordered plaintiff to show cause in writing, no later than December 22, 2025, why the above entitled action should not be dismissed for want of prosecution  To date, plaintiff has not complied with this order.

Accordingly, good cause appearing the Court **DISMISSES** this action without prejudice pursuant to Local Rule 41-1 for failure to prosecute and failure to comply with an order of this Court.

IT IS SO ORDERED.

CV-90 (2/10)                     **CIVIL MINUTES - GENERAL**  Initials of Deputy Clerk VRV